

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANATOMIC HOLDINGS, INC. d/b/a
ANATOMIC GLOBAL, a corporation,

        Plaintiff,

    vs.

JGK MARKETING LLC, a corporation,

        Defendant.

Case No.: 5:12-cv-02077-VAP-SP

[~~PROPOSED~~] JUDGMENT

1

[PROPOSED] JUDGMENT

1    In light of the failure of Defendant JGK MARKETING LLC, a corporation

2    ("JGK") to file a Substitution of Attorney Form within thirty days of the Court's

3    Order dated January 8, 2015 ("Order") requiring it to do so [See Docket No. 70], and

4    Plaintiff ANATOMIC HOLDINGS, INC. d/b/a ANATOMIC GLOBAL's

5    ("Anatomic") Request and Application for Default Judgment, IT IS HEREBY

6    ADJUDGED that:

7        1. Anatomic shall have judgment against JGK on all claims in Anatomic's

8           Third Amended Complaint, the operative complaint in this action;

9        2. Anatomic shall recover damages in the amount of $292,295.00, the amount

10          due and owing by JGK for the foam products shipped by Anatomic at issue

11          in this action;

12       3. Anatomic shall recover prejudgment interest in the amount of $87,688.50.

13          JGK has owed Anatomic the principal of $292,295.00 since February 29,

14          2012 and earlier, the time when JGK breached its duty to remit payment.

15          Prejudgment interest is calculated at 10% per annum from the date of JGK's

16          breach pursuant to California Civil Code section 3289. As such, Anatomic

17          is entitled to $29,229.50 in prejudgment interest per year from February 29,

18          2012 onwards. Since three years have elapsed since the time the principal

19          became due and owing, Anatomic is entitled to three years of prejudgment

20          interest, or $87,688.50 ($29,229.50 times three); and

21       4. Anatomic shall recover its costs incurred in this action, which total

22          $1,504.56.

23

24

25   Dated: 3-4-15

26                                M. Mead

27                                DEPUTY CLERK
                                United States District Court

28

[PROPOSED] JUDGMENT

LEGAL\22279339\1